# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VITALITY ORGANICS, LLC, et al.** : | **CIVIL ACTION** |
| : | |
| **v.** : | **NO. 23-4655** |
| : | |
| **LANCASTER COUNTY, PENNSYLVANIA,** : | |
| **et al.** : | |

## O R D E R

**AND NOW,** this 20th day of day of February, 2024, **IT IS HEREBY ORDERED** that the above captioned matter is **REFERRED** to United States Magistrate Judge Craig M. Straw for the purpose of scheduling and conducting a settlement conference.

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**