# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VITALITY ORGANICS, LLC, et al.** | : CIVIL ACTION |
| | : |
| **v.** | : NO. 23-4655 |
| | : |
| **LANCASTER COUNTY, PENNSYLVANIA,** et al. | : |

# O R D E R

**AND NOW,** this 20th day of February, 2024, it is **ORDERED** that a **TELEPHONIC PRETRIAL CONFERENCE (RULE 16)** shall be held on <u>**Friday, April 5, 2024 at 11:30 a.m.**</u>  Counsel shall use dial in number 888-204-5984 access code 3221457.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures under Fed. R.Civ. P. 26(a) within 20 days of the date of this Order;
2. The parties shall commence discovery **immediately**;
3. After consultation with counsel for all parties, counsel shall complete and submit the required Joint Status Report pursuant to Rule 26 (f);
4. Counsel shall follow Judge Schmehl's Policies and Procedures which can be found at [www.paed.uscourts.gov](www.paed.uscourts.gov).

BY THE COURT:


<u>/s/ Jeffrey L. Schmehl</u>
**JEFFREY L. SCHMEHL, J.**