# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VITALITY ORGANICS LLC; RJR WELLNESS LLC; NATURAL HEALING AND WELLNESS OF CRANBERRY LLC, :<br><br>PLAINTIFFS, :<br><br>v. :<br><br>LANCASTER COUNTY, PENNSYLVANIA; HEATHER L. ADAMS, IN HER OFFICIAL CAPACITY AS LANCASTER COUNTY DISTRICT ATTORNEY AND IN HER PERSONAL CAPACITY; JEFFREY R. KRAUSE, IN HIS OFFICIAL CAPACITY AS A LAW ENFORCEMENT OFFICER FOR LANCASTER COUNTY AND IN HIS PERSONAL CAPACITY; JOHN DOES 1-3, IN THEIR OFFICIAL CAPACITIES AS LAW ENFORCEMENT OFFICERS WITH LANCASTER COUNTY AND IN THEIR PERSONAL CAPACITIES, :<br><br>DEFENDANTS. : | CIVIL CASE NO. 23-4655-JLS |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Vitality Organics LLC, RJR Wellness LLC, and Natural Healing and Wellness LLC (collectively, "Plaintiffs"), and Defendants Lancaster County, Pennsylvania, Heather L. Adams, in her official capacity as Lancaster County District Attorney and in her personal capacity, Jeffrey R. Krause in his official capacity as a law enforcement officer for Lancaster County and in his personal capacity, and John Does 1-3, in their official capacities as law enforcement officers with Lancaster County (collectively "Defendants"), by and through undersigned counsel, hereby stipulate that Plaintiff Natural Healing and Wellness of Cranberry LLC be dismissed with

prejudice from this action, and that Plaintiffs Vitality Organics LLC and RJR Wellness LLC be dismissed without prejudice from this action, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: March 19, 2024

<div style="display: flex; justify-content: space-between;">

<div>

*/s/ Justin S. Moriconi*
Justin S. Moriconi, Esquire
PA ID No. 204458
Moriconi Flowers Ltd.
40 West Evergreen Avenue, Suite 104
Philadelphia, PA 19118
215-277-1410
*Justin@MoriconiFlowers.com*
Attorney for Plaintiffs
Vitality Organics LLC, RJR Wellness LLC,
and Natural Healing and Wellness of
Cranberry LLC

*/s/ Theodore C. Flowers*
Theodore C. Flowers, Esquire
PA ID No. 82218
Moriconi Flowers Ltd.
40 West Evergreen Avenue, Suite 104
Philadelphia, PA 19118
215-277-1410
*Ted@MoriconiFlowers.com*
Attorney for Plaintiff
Vitality Organics LLC, RJR Wellness LLC,
and Natural Healing and Wellness of
Cranberry LLC

</div>

<div>

*/s/ David J. MacMain*
David J. MacMain
Jamison C. MacMain
PA ID Nos. 59320 / 334149
MacMAIN LEINHAUSER PC
433 W. Market Street, Suite 200
West Chester, PA 19382
484-318-7703
484-328-3984
dmacmain@macmainlaw.com
jmacmain@macmainlaw.com
*Attorneys for Defendants*

</div>

</div>

## CERTIFICATE OF SERVICE

I, Justin S. Moriconi, Esquire, hereby certify that on March 19, 2024 I caused a true and correct copy of the foregoing Joint Stipulation of Dismissal to be served via this Court's electronic filing service on all counsel of record.

                                                               */s/ Justin S. Moriconi*
                                                               Justin S. Moriconi, Esquire